| | |
|---|---|
| 1 | Kathleen H. Gallagher, Esq. |
| | Nevada Bar No. 15043 |
| 2 | Jeremy M. Lipshutz, M.D., Esq. |
| | Nevada Bar No. 15267 |
| 3 | GALLAGHER & LIPSHUTZ, PLLC |
| | 6120 S. Fort Apache Rd. #100 |
| 4 | Las Vegas, NV 89148 |
| | Phone/Fax: (702) 381-3770 |
| 5 | kathleen@gallagherlipshutz.com |
| | jeremy@gallagherlipshutz.com |
| 6 | |
| | Keith E. Galliher, Jr., Esq. |
| 7 | Nevada Bar No. 220 |
| | George J. Kunz, Esq. |
| 8 | Nevada Bar No. 12245 |
| | THE GALLIHER LAW FIRM |
| 9 | 1850 East Sahara Avenue, Suite 107 |
| | Las Vegas, Nevada 89104 |
| 10 | Telephone: (702) 735-0049 |
| | Facsimile: (702) 735-0204 |
| 11 | kgalliher@galliherlawfirm.com |
| | gkunz@lvlawguy.com |
| 12 | |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDSAY KERBER, an individual, | Case No.: 2:25-cv-01476-CDS-MDC |
| Plaintiff | **STIPULATION AND ORDER TO REMAND CASE** |
| v. | [ECF No. 5] |
| DAVID PUCKETT, an individual; UBER TECHNOLOGIES, INC., a foreign corporation; RASIER, LLC, a foreign limited liability company; DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants | |

Plaintiff LINDSAY KERBER, by and through her counsel of record, GALLAGHER & LIPSHUTZ, PLLC and THE GALLIHER LAW FIRM, and Defendants RASIER, LLC



1  and UBER TECHNOLOGIES, INC., by and through their counsel of record, HALL &
2  EVANS, LLC, hereby stipulate and agree as follows:

3  1. On August 12, 2025, Defendants Rasier, LLC and Uber Technologies, Inc. filed a
4  Notice of Removal of this action to the United States District Court for the District
5  of Nevada on the basis of diversity jurisdiction, asserting that Defendant David
6  Puckett, a Nevada resident, had not yet been served at the time of removal.

7  2. However, Plaintiff effected personal service of process on Defendant David Puckett
8  on August 6, 2025, prior to the filing of the Notice of Removal, as reflected in the
9  Affidavit of Service filed with the Eighth Judicial District Court on August 8, 2025.

10  3. Because Defendant David Puckett was properly served prior to removal, and he is a
11  citizen of Nevada, removal was improper under 28 U.S.C. § 1441(b)(2), which bars
12  removal on the basis of diversity jurisdiction when a properly joined and served
13  defendant is a citizen of the forum state.

14  IT IS HEREBY STIPULATED by and between the parties that this action should be
15  remanded to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-
16  923147-C, Department 20:

| DATED: August 18, 2025 | DATED: August 18, 2025 |
|---|---|
| GALLAGHER & LIPSHUTZ, PLLC | THE GALLIHER LAW FIRM |
| */s/ Kathleen H. Gallagher, Esq.*<br>Kathleen H. Gallagher, Esq.<br>Nevada Bar No. 15043<br>Jeremy M. Lipshutz, M.D., Esq.<br>Nevada Bar No. 15267<br>6120 S. Fort Apache Rd. #100<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff* | */s/ Keith E. Galliher, Jr., Esq.*<br>Keith E. Galliher, Jr., Esq.<br>Nevada Bar No. 220<br>George J. Kunz, Esq.<br>Nevada Bar No. 12245<br>1850 East Sahara Avenue, Suite 107<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiff* |

1  DATED: August 18, 2025

2  HALL & EVANS, LLC

3  /s/ David M. Sexton, Esq.
   Kurt R. Bonds, Esq.
4  Nevada Bar No. 6228
   David M. Sexton, Esq.
5  Nevada Bar No. 14951
   1160 North Town Center Dr., Suite 330
6  Las Vegas, Nevada 89144
   *Attorney for Defendants*

8      Based on the parties' stipulation, the Clerk of Court is kindly

9  instructed to remand this matter, Case No. A-25-923147-C, to the Eighth

10 Judicial District Court, Department 20, and to close this case.

_____
United States District Judge

Dated: August 19, 2025



3